STATE OF NEW YORK             COUNTY OF **Orange**
**Town** COURT             **Town** of **Goshen**

Defendant: **Rodriguez, Kelly**
(Relationship to alleged victim)

Alleged Victim: **Johnathan Arnold**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-vs-
**Kelly Rodriguez #114**

Date of Birth: _____

Defendant(s)

BE IT KNOWN THAT, by this **Information**, **Johnathan Arnold - DOB - 10/31/93** as the Complainant herein, **Confined** at **Orange County Jail** accuses the above mentioned Defendant(s), with having COMMITTED the **felony offense** of **Gang assault in the Second Degree** in violation of Section **120.06** Subdivision **1** of the **Penal** Law of the State of New York.

That on or about **1/3/24** at about **3:45 pm** in the Village/**Town** of **Goshen**, County of **Orange**, the defendant(s) Did Intentionally, Knowingly and unlawfully commit the felony offense of: Gang assault in the second Degree (Class C felony). - A person is guilty of gang assault in the second Degree when, with intent to cause Physical injury to another person and when aided by two or more person actually PRESENT the cause serious Physical injury to such person or third person.

To wit: On the aforementioned date, time, and place

On Jan. 3, 2024 upon leaving main medical in Orange County Jail at about 3:45 pm Correction officer, K. Rodriguez #114, with 4 other ERT officers slammed Inmate Arnold-2023-0195, face first to the ground while inmate was cuffed. In an Non-resisting manner, officers used excessive force and repeatedly beat Arnold, which resulted in General Surgery.

The above allegations of fact are made by the Complainant herein on _____.

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26th** day of **January 24**
-OR-
Subscribed and sworn to before me this **26th** day of **January**, 20 **24**

**J. Arnold**
COMPLAINANT

State of **NY** County of **Orange**
The foregoing instrument was acknowledged before me this **26th** day of **January 2024**
by **Arnold Johnson**
**Brandon Roberts** Notary Public
My Commission Expires **November 10, 2027**

Brandon L. Roberts
Notary Public, State of New York
Reg. No. 01RO0015969
Qualified in Rockland County
Commission Expires November 10, 2027

STATE OF NEW YORK   COUNTY OF Orange
~~TOWN~~ COURT   ~~Town~~ of Goshen

Defendant: Castro, Julian
(Relationship to alleged victim)

Alleged Victim: Johnathan Arnold
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-vs-
Julian Castro #518                    Date of Birth _____
                                      Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this Information, Johnathan Arnold - DOB - 10/31/93 as the Complainant herein, Confined at Orange County Jail accuses the above mentioned Defendant(s), with having COMMITTED the felony offense of Gang assault in the Second Degree in violation of Section 120.06 Subdivision 1 of the Penal Law of the State of New York.

That on or about 1/3/24 at about 3:45 pm in the Village/~~Town~~ of Goshen, County of Orange, the defendant(s)

**FACTS**

Did Intentionally, knowingly and unlawfully commit the felony offense of: Gang assault in the second Degree (class C felony). - A person is guilty of gang assault in the second Degree when, with intent to cause physical injury to another person and when aided by two or more person actually PRESENT He cause serious physical injury to such person or third person. ~~To wit: On the aforementioned date, time, and place~~

On Jan. 3, 2024 upon leaving main medical in orange County Jail at about 3:45 pm Correction officer, J. Castro #518, with 4 other ERT officers slammed Inmate Arnold-2023-0195, face first to the ground while inmate was cuffed. In an Non-resisting manner, officers used excessive force and repeatedly beat Arnold, which resulted in General Surgery.

The above allegations of fact are made by the Complainant herein on Surgery.

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor.   (PL 210.45)

Affirmed under penalty of perjury
this 26th day of January 2024
-OR-
Subscribed and sworn to before me this 26th day of January, 20 24

J. Arnold
COMPLAINANT

State of NY County of Orange
The foregoing instrument was acknowledged before me this ___ day of January 2024
by Arnold Johnathn
Brandon L Roberts      Notary Public
My Commission Expires November 10 2027

Brandon L. Roberts
Notary Public, State of New York
Reg. No. 01RO0015869
Qualified in Rockland County
Commission Expires November 10, 2027

STATE OF NEW YORK  COUNTY OF **Orange**
**Town** COURT   **Town** of **Goshen**

Defendant: **Kastor, Richard**
(Relationship to alleged victim)

Alleged Victim: **Johnathan Arnold**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-vs-
**Richard Kastor #364**                    Date of Birth _____

Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this **Information**, **Johnathan Arnold - DOB - 10/31/93** as the Complainant herein, **Confined** at **Orange County Jail** accuses the above mentioned Defendant(s), with having COMMITTED the **felony offense** of **Gang assault in the Second Degree** in violation of Section **120.06** Subdivision **1** of the **Penal** Law of the State of New York.

That on or about **1/3/24** at about **3:45 pm** in the Village/**Town** of **Goshen**, County of **Orange**, the defendant(s) Did Intentionally, knowingly and unlawfully commit the felony offense of: Gang assault in the Second Degree (class C felony). - A person is guilty of Gang assault in the Second Degree when, with intent to cause physical injury to another person and when aided by two or more person actually PRESENT He cause serious Physical injury to such person or third person.

**FACTS**: To wit: On the aforementioned date, time, and place

On Jan. 3, 2024 upon leaving main medical in orange county Jail at about 3:45 pm Correction officer, R. Kastor #364, with 4 other ERT officers slammed Inmate Arnold - 2023-0195, face first to the ground while inmate was cuffed. In an Non-resisting manner, officers used excessive force and repeatedly beat Arnold, which resulted in General Surgery.

The above allegations of fact are made by the Complainant herein on

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26th** day of **January 24**
-OR-
Subscribes and sworn to before me this **26th** day of **January**, 20 **24**

*(signed)* **Arnold**
COMPLAINANT

State of **NY** County of **Orange**
The foregoing instrument was acknowledged before me this **26** day of **January 2024** by **Arnly Johnathan**
*(signed)* **Branden C Roberts**
Notary Public
My Commission Expires **November 10 2027**

Brandon L. Roberts
Notary Public, State of New York
Reg. No. 01RO0015969
Qualified in Rockland County
Commission Expires November 10, 2027

STATE OF NEW YORK          COUNTY OF **Orange**
**Town** COURT          **Town** of **Goshen**

Defendant: **Clune, Patrick**
(Relationship to alleged victim)

Alleged Victim: **Johnathan Arnold**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
—vs—

**Patrick, Clune #559**

Date of Birth

Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this **Information**, **Johnathan Arnold - DOB - 10/31/93** as the Complainant herein, **Confined** at **Orange County Jail** accuses the above mentioned Defendant(s), with having COMMITTED the **felony offense** of **Gang assault in the Second Degree** in violation of Section **120.06** Subdivision **1** of the **Penal** Law of the State of New York.

That on or about **1/3/24** at about **3:45 pm**

in the Village/**Town** of **Goshen**, County of **Orange**, the defendant(s) Did Intentionally, knowingly and unlawfully commit the felony offense of: Gang assault in the second Degree (Class C felony). - A person is guilty of gang assault in the Second Degree when, with intent to cause physical injury to another person and when aided by two or more person actually PRESENT the cause serious physical injury to such person or third person.

**FACTS**

On Jan. 3, 2024 upon leaving main medical in orange county Jail at about 3:45 pm Correction officer, P. Clune #559, with 4 other ERT officers slammed Inmate Arnold-2023-0195, face first to the ground while inmate was Cuffed. In an NON-resisting manner, officers used excessive force and repeatedly beat Arnold, which resulted in General Surgery.

The above allegations of fact are made by the Complainant herein on:

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26th** day of **January 24**
—OR—
Subscribes and sworn to before me this **26th** day of **January**, 20**24**

**J. Arnold**
COMPLAINANT

Brandon L. Roberts
Notary Public, State of New York
Reg. No. 01RO0015969
Qualified in Rockland County
Commission Expires November 10, 2027

State of **NY** County of **Orange**
The foregoing instrument was acknowledged before me this **26th** day of **January 2024**
by **Arnold, Johnathan**
**Brandon L. Roberts** Notary Public
My Commission Expires **November 10 2027**

STATE OF NEW YORK    COUNTY OF __Orange__
__Town__ COURT        __Town__ of __Goshen__

Defendant: __Bruder, Thomas__        Alleged Victim: __Johnathan Arnold__
(Relationship to alleged victim)                    (Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-vs-

__Thomas Bruder #560__        Date of Birth _____

Defendant(s)

**ACCUSATION:**

BE IT KNOWN THAT, by this __Information__, __Johnathan Arnold - DOB - 10/31/93__ as the Complainant herein, __Confined__ at __Orange County Jail__ accuses the above mentioned Defendant(s), with having COMMITTED the __felony offense__ of __Gang assault in the Second Degree__ in violation of Section __120.06__ Subdivision __1__ of the __Penal__ Law of the State of New York.

That on or about __1/3/24__ at about __3:45 pm__ in the Village/__Town__ of __Goshen__, County of __Orange__, the defendant(s) Did Intentionally, knowingly and unlawfully commit the felony offense of: Gang assault in the second Degree (class C felony). - A person is guilty of Gang assault in the Second Degree when, with intent to cause physical injury to another person and when aided by two or more person actually PRESENT He cause serious physical injury to such person or third person.

**FACTS:**
On Jan. 3, 2024 upon leaving main medical in orange county Jail at about 3:45 pm Correction officer, T. Bruder #560, with 4 other ERT officers slammed Inmate Arnold-2023-0195, face first to the ground while inmate was cuffed. In an Non-resisting manner, officers used excessive force and repeatedly beat Arnold, which resulted in General Surgery.

The above allegations of fact are made by the Complainant herein on __Surgery__.

**NOTICE:**
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this __26th__ day of __January 2024__
-OR-
Subscribes and sworn to before me this __26th__ day of __January 20 24__

__J Arnold__
COMPLAINANT

State of __NY__ County of __Orange__
The foregoing instrument was acknowledged before me this __26th__ day of __January 2024__
by __Amy N Johnston__
__Brandon Roberts__ Notary Public
My Commission Expires __November 10 2027__

Brandon L. Roberts
Notary Public, State of New York
Reg. No. 01RO0015969
Qualified in Rockland County
Commission Expires November 10, 2027

**ORANGE COUNTY JAIL**
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

Johnathan Arnold
2623-01965

Pro SE Intake unit
500 Pearl Street
New York, NY 10007

10007-131699



WESTCHESTER
29 JAN 2024
FIRST-CLASS

US POSTAGE and PITNEY BOWES
ZIP 10924
02 7W
000803
$ 000.64°
JAN 29 2024

ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

Johnathan Arnold
2023-01905

Pro SE Intake Unit
500 Pearl Street
New York, NY 10007

WESTCHESTER NY
29 JAN 2024 PM 2
FIRST CLASS

USM:
SDNY

ZIP 10924
02 7W
0008030045 JAN 29 2024
$ 000.64

10007-131699




ORANGE COUNTY JAIL
110 WELLS FARM ROA
GOSHEN, NEW YORK 10924

Johnathan Arnold
2023-01905

Pro SE Intake Unit
500 Pearl Street
New York, NY 10007

WESTCHESTER NY
29 JAN 2024 PM 2

FIRST CLASS

USPS SDNY

US POSTAGE $000.64
29 2024

**ORANGE COUNTY JAIL**
**110 WELLS FARM ROAD**
**GOSHEN, NEW YORK 10924**

Johnathen Arnold
2023-01905

Pro SE Intake Unit
500 Pearl Street
New York, NY 10007

US POSTAGE $000.64
ZIP 10924
JAN 30 2024

WESTCHESTER NY
30 JAN 2024 PM 2
FIRST CLASS