COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

**Robert C. Gianchetti**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1159
rgianchetti@cov.com

Application granted.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 23, 2026

**By CM/ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Arnold v. Rodriguez, et al.*, No. 7:24-cv-00783-PMH (S.D.N.Y.)**

Dear Judge Halpern:

The parties jointly write regarding the upcoming July 27, 2026 deadline to move to reopen this action. On May 27, 2026, the parties participated in a settlement conference before the Honorable Victoria Reznik, and reached a settlement, subject to finalization of a formal settlement agreement. Accordingly, on May 28, this Court ordered that this action be "dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order." Dkt. 118.

Shortly after the May 27 settlement conference, Defendants informed Plaintiff that they would assemble the first draft of the settlement agreement. Defendants provided their first draft to Plaintiff on June 24, 2026. Since that date, the parties have been working diligently to finalize the settlement agreement. This process has, however, taken longer than anticipated, due in part to the practical constraints associated with communicating with and obtaining instructions from Plaintiff while he was incarcerated. Nevertheless, the parties continue to make progress toward finalizing the settlement agreement.

Accordingly, the parties respectfully request that the Court extend the deadline to move to reopen the action, if necessary, by an additional thirty (30) days to allow sufficient time to complete their conferrals and finalize the settlement agreement.

Respectfully submitted,

*/s/ Robert C. Gianchetti*

Robert C. Gianchetti
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
rgianchetti@cov.com

*Counsel for Plaintiff*

*/s/ David M. Fulvio*

David M. Fulvio
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4432
Email: dfulvio@barclaydamon.com

*Counsel for Defendants*
*Dominick Piacente, M.D., and*
*New York Correct Care Solutions*
*Medical Services, P.C.*

*/s/ William S. Badura*

William S. Badura
Senior Assistant County Attorney
RICHARD B. GOLDEN
County Attorney for Orange County
255-275 Main Street
Goshen, New York 10924
Phone: (845) 291-3150
Email:
wbadura@orangecountygov.com

*Counsel for Defendants*
*Kelly Rodriguez, Julian Castro,*
*Richard Kastor,*
*Patrick Clune, Thomas Bruder and*
*Orange County*

CC: All counsel of record (by CM/ECF)